# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2009

Marilyn Kelly,
Chief Justice

138268 (73)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re CARDENÉ D'KILAH AUSTIN, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

SC: 138268
COA: 285208
Wayne CC Family Division:
No. 02-411757-NA

BEVERLY MAE AUSTIN
        Respondent-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 6, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2009

_____
Clerk

d0414